# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 24-mj- 123-01-AJ
)
16 Rowell Street )
Second Floor Unmarked Unit )
Manchester, New Hampshire )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1, A-2, and A-3

located in the _____ District of ___New Hampshire___ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §922(g)(1) | Possession of a Firearm by a Prohibited Person |
| 18 U.S.C. §922(k) | Possession of a Firearm with Obliterated Serial Number |
| 26 U.S.C. §5861(d) | Possession of an Unregistered Firearm |
| 26 U.S.C. §5861(i) | Possession of a Firearm Unidentified by Serial Number |

The application is based on these facts:

See attached Affidavit in Support of Application for Search Warrant of ATF Special Agent Kristi McPartlin, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Kristi McPartlin
*Applicant's signature*

Kristi McPartlin, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**Telephonic conference**   *(specify reliable electronic means)*.

Date: **May 28, 2024**

*Andrea K. Johnstone*
*Judge's signature*

City and state: **Concord, New Hampshire**   **Andrea K. Johnstone U.S. Magistrate Judge**
*Printed name and title*